DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

Tracy Newton

|                       |   |                       |
|-----------------------|---|-----------------------|
| Plaintiff,            |   | Civil No.  10-cv-857-ST |
| vs.                   |   |                       |
| Commissioner of Social Security | | ORDER GRANTING AWARD |
| Defendant.            |   | OF EAJA FEES, EXPENSES AND |
|                       |   | COSTS |

### ORDER

Based upon the plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412,

the assignment of EAJA fees to plaintiff's attorney by plaintiff, as discussed in <u>Astrue v. Ratliff,</u> __

U.S. __ (2010), it is hereby ordered that EAJA attorney's fees of  $3,833.06 and expenses of $3.77

and costs of $8.20, shall be paid to the plaintiff, and mailed to the attorney's office.

Done this ____ day of _____, 2011.

_____
                                       Judge

Presented by:

s/ DAVID B. LOWRY
David B. Lowry, OSB 73772
Attorney for Plaintiff
9900 SW Greenburg Rd, Ste 130, Portland OR 97223